W. A. GARDNER and Others, Respondents, v. ALBERT FREEDMAN, Appellant.—

* Amd. by Laws of 1926, chap. 464.— [REP.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the evidence fails to disclose facts from which it can be said that there is any concealment or transfer of property on the part of the defendant or any intent to conceal or transfer property, with intent to defraud. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.